# NO. 12-20-00280-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | *APPEAL FROM THE* |
| *IN THE INTEREST OF* | § | *COUNTY COURT AT LAW NO. 1* |
| *E.M.P., A CHILD* | § | *ANGELINA COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On January 4, 2021, the Clerk of this Court notified Appellant, B.P., that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was not paid on or before January 14. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that he is excused from paying the fee.[1]

---

[1] The case information sheet from the Angelina County District Clerk's Office demonstrates that Appellant was not declared indigent in the trial court.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* Tex. R. App. P. 42.3(c).[2]

Opinion delivered January 21, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[2] We also note that, despite notices from this Court, Appellant has not filed the required docketing statement or made payment arrangements to pay the fee for the clerk's record. *See* Tex. R. App. P. 32.1; Tex. R. App. P. 35.3(a). Both such failures render an appeal subject to dismissal. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3(b)-(c).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 21, 2021**

**NO. 12-20-00280-CV**

**IN THE INTEREST OF E.M.P., A CHILD**

Appeal from the County Court at Law No. 1
of Angelina County, Texas (Tr.Ct.No. CV-00155-17-03)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

3